# PETTY OFFENSE MINUTE SHEET

**Case No.:** _____
**Violation No(s).:** _____
**Date:** _____

**Defendant:** _____    **Counsel:** _____

PRESENT: _____    CD No. _____
    Deputy Clerk: _____
    Court Reporter: _____
    AUSA: _____
    Ranger: _____
    USPO: _____

( ) Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
( ) Defendant waives counsel; advises court wishes to proceed today without counsel.
( ) Defendant requests appointment of counsel.    ( ) Court grants request for appointment of counsel.
( ) Defendant moves for continuance. Court trial continued to _____.

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

( ) Deft. sworn and questioned and advised of rights on plea of guilty. Government proffers evidence to support plea and rests.

( ) Court trial held.

Comments:

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

( )   Government presents evidence regarding sentencing and rests.
( )   Defendant presents evidence regarding sentencing and rests.
( )   Court orders presentence report. Sentencing set for _____.
( )   Government moves for detention.
( )   Government does not oppose bond.
( )   Detention/Bond Hearing held.
( )   Defendant released on bond. Bond set at $ _____.

Time in Court: _____

Case 7:09-po-00308-mfu     Document 2     Filed 07/16/09     Page 2 of 2     Pageid#: 2